```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 13299
    LIZA PATRIA GAINES COOPER
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-0102

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 04/05/2004 and was confirmed 07/28/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  30.00%.

    The case was paid in full 11/29/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------------
WELLS FARGO HOME MORTGAG  CURRENT MORTG         .00            .00            .00
WELLS FARGO HOME MORTGAG  MORTGAGE ARRE     8351.07            .00        8351.07
WELLS FARGO HOME MORTGAG  COST OF COLLE      650.00            .00         650.00
AT&T BROADBAND            UNSECURED        NOT FILED           .00            .00
CAPITAL ONE BANK          UNSECURED         1258.43            .00         377.53
MBNA AMERICA              UNSECURED        NOT FILED           .00            .00
MBNA                      NOTICE ONLY      NOT FILED           .00            .00
ECAST SETTLEMENT CORP     UNSECURED         7285.80            .00        2185.74
PEOPLES GAS LIGHT & COKE  UNSECURED OTH      111.46            .00          33.44
SPIEGEL                   UNSECURED        NOT FILED           .00            .00
SPIEGEL                   NOTICE ONLY      NOT FILED           .00            .00
WELLS FARGO HOME MORTGAG  COST OF COLLE      150.00            .00         150.00
ILLINOIS DEPT OF REVENUE  UNSECURED             .00            .00            .00
BROOKINS & WILSON         DEBTOR ATTY      1,894.00                      1,894.00
TOM VAUGHN                TRUSTEE                                          760.54
DEBTOR REFUND             REFUND                                             2.72

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              14,405.04

PRIORITY                                             .00
SECURED                                         9,151.07
UNSECURED                                       2,596.71
ADMINISTRATIVE                                  1,894.00
TRUSTEE COMPENSATION                              760.54
DEBTOR REFUND                                       2.72
                      -------------          -------------
TOTALS               14,405.04                 14,405.04
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 13299 LIZA PATRIA GAINES COOPER

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                     /s/ Tom Vaughn
Dated: 02/28/08                      _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE
```